**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01369-CV

## MICHAEL D. WILSON, Appellant

## V.

## WOODLAND HILLS APARTMENT, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-15-04980-C

## ORDER

Before the Court is appellant's November 16, 2015 motion for leave to proceed as indigent, filed concurrently with an affidavit of indigence. Because the rules of appellate procedure afford the trial court clerk, court reporter, and parties to the appeal an opportunity to contest the affidavit, and only one day has passed since the affidavit was filed, we **DENY** appellant's motion without prejudice to refiling should his affidavit be contested and the contest sustained by the trial court. *See* TEX. R. APP. P. 20.1(e), (j).

/s/ CRAIG STODDART
JUSTICE